UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YADIRA RAMIREZ-REYES, et al,<br>Plaintiffs,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., et al,<br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-00174-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the plaintiffs' failure to respond to the court's order to show cause entered June 15, 2023, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE**.

Dated at Atlanta, Georgia, this 10th day of October, 2023.

                                      KEVIN P. WEIMER
                                      CLERK OF COURT

                                By:  /s/Benjamin G. Thurman
                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 10, 2023
Kevin P. Weimer
Clerk of Court

By:  /s/Benjamin G. Thurman
     Deputy Clerk